

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2015

No. 04-15-00229-CV

**IN RE SILVERLEAF RESORTS, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

On April 15, 2015, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than May 5, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for temporary relief remains pending before this court.

It is so **ORDERED** on April 21, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-01846, styled *Meggan Perez, Valerie Perez, Mary F. Perez and Laurencio Perez, Individually v. Silverleaf Resorts – Hill Country Resort; The Underwood Group, Inc.; MZ Flooring & Painting; Longhorn Concrete Co.; Abel Perez and Maria Perez*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.